Henry W. GETER, II, Plaintiff—Appellant,

v.

TOWNSHIP OF COTTAGE CITY; Cottage City Police Department; Perry D. Hoak, Lieutenant, Cottage City Police Department; Finley, Officer, Cottage City Police Department, Defendants—Appellees.

No. 04–1751.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 12, 2004.

Decided Aug. 17, 2004.

Henry W. Geter, II, Appellant pro se. Yvette Michelle Bryant, Kevin Bock Karpinski, Allen, Karpinski, Bryant & Karp, Baltimore, Maryland, for Appellees.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Henry W. Geter, II, seeks to appeal the order of a magistrate judge denying his motion to have requests for admissions deemed admitted. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Geter seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*